IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GERALD JONES, # 24705-045, | ) |
| Petitioner, | ) ) ) |
| vs. | ) ) Case No. 18-cv-1393-SMY |
| T.G. WERLING, | ) ) ) |
| Respondent. | ) |

# MEMORANDUM AND ORDER

**YANDLE, District Judge:**

Petitioner Gerald Jones, currently incarcerated in the FCI-Greenville, brings this habeas corpus action pursuant to 28 U.S.C. § 2241 to challenge the constitutionality of his confinement.

Jones is serving a 20-year sentence for conspiracy to distribute a controlled substance, in violation of 21 U.S.C. § 841(a), after pleading guilty in the Western District of Missouri, Case No. 12-00340-01-CR-W-HFS. (Doc. 1, p. 1). He asserts that under the analysis set forth in *Mathis v. United States*, — U.S. —, 136 S. Ct. 2243, 2250 (2016), his Missouri state conviction for Second Degree Trafficking (Mo. Rev. Stat. § 195.223) should not have been used to enhance his federal sentence under 21 U.S.C. § 841(b) and § 851. Without the enhancement, the mandatory minimum sentence for Jones' federal offense would have been 10 years, rather than 20. (Doc. 1, p. 11). Jones asks this Court to vacate his sentence and remand his case to the Western District of Missouri for resentencing without the application of the § 851 enhancement. (Doc. 1, p. 22).

This case is now before the Court for a preliminary review of the Petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in United States District Courts. Rule 4

1

provides that upon preliminary consideration by the district court judge, "[i]f it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner." Rule 1(b) gives this Court the authority to apply the Rules to other habeas corpus cases, such as this action under 28 U.S.C. § 2241.

The application of *Mathis* to a controlled substance offense enhanced under 21 U.S.C. § 841(b) by a Missouri drug conviction is not certain. Further, the fact that Jones was sentenced pursuant to a negotiated plea of guilty may bar him from pursuing habeas relief. Nonetheless, it is not plainly apparent at this early stage that the Petition is subject to dismissal upon threshold screening, given the still-developing application of *Mathis* in this context. Accordingly, Jones' Petition survives preliminary review under Rule 4 and Rule 1(b), and the Government shall be ordered to respond.

## Disposition

**IT IS HEREBY ORDERED** that Respondent shall answer or otherwise plead within thirty days of the date this order is entered (on or before September 19, 2018).[1] This preliminary order to respond does not, of course, preclude the Government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to United States Magistrate Judge Clifford J. Proud for further pre-trial proceedings.

---

[1] The response date ordered herein is controlling. Any date that CM/ECF should generate in the course of this litigation is a guideline only. *See* SDIL-EFR 3.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to United States Magistrate Judge Proud for disposition, as contemplated by Local Rule 72.2(b)(3) and 28 U.S.C. § 636(c), *should all the parties consent to such a referral.*

Petitioner is **ADVISED** of his continuing obligation to keep the Clerk (and each opposing party) informed of any change in his whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

**Dated: August 20, 2018**

**s/ STACI M. YANDLE**
**United States District Judge**
